IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DELPHINE BASKERVILLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:17-cv-01275-WTL-MPB |
| CORRECT CARE SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

Dated: 12/15/17

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF